UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20415 CR-MORENO

21 U.S.C. § 846       MAGISTRATE JUDGE
21 U.S.C. § 841              GARBER

UNITED STATES OF AMERICA

v.

RICARDO AGUILERA-NERIA,
a/k/a "Chukee," and
HERIBERTO TORRES-CALDERON,
a/k/a "Beto,"

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Beginning on or about December 12, 2001, and continuing until on or about March 8, 2002, at Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

**RICARDO AGUILERA-NERIA,**
a/k/a "Chukee," and
**HERIBERTO TORRES-CALDERON,**
a/k/a "Beto,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4 Methylenedioxymethamphetamine



("MDMA"), also known as "Ecstasy," in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

### COUNT II

On or about March 1, 2002, at Miami-Dade County, in the Southern District of Florida, the defendants,

**RICARDO AGUILERA-NERIA,**
a/k/a "Chukee," and
**HERIBERTO TORRES-CALDERON,**
a/k/a "Beto,"

did knowingly and intentionally distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of 3, 4 Methylenedioxymethamphetamine ("MDMA"), also known as "Ecstasy," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BRIAN K. FRAZIER
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

02-20415-CR-MORENO

v.

RICARDO AGUILERA-NERIA,
a/k/a "Chukee," et al.

CERTIFICATE OF TRIAL ATTORNEY*

MAGISTRATE JUDGE
GARBER

**Superseding Case Information**:

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

**Court Division:** (Select One)

X   Miami   ___ Key West
___ FTL     ___ WPB     ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:            (Yes or No) __Yes__
   List language and/or dialect   __Spanish__

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                 (Check only one)

   I    0 to 5 days          _X_        Petty     ___
   II   6 to 10 days         ___        Minor     ___
   III  11 to 20 days        ___        Misdem.   ___
   IV   21 to 60 days        ___        Felony    _X_
   V    61 days and over     ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __No__
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? _X_ Yes ___ No

/s/ Brian Frazier
Brian K. Frazier
ASSISTANT UNITED STATES ATTORNEY
CT. # A5500476

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

02-20415 CR-MORENO
MAGISTRATE JUDGE
GARBER

**Defendant's Name:** Ricardo Aguilera-Neria a/k/a "Chukee"

**Count: # I**   Conspiracy to Distribute MDMA ("Ecstasy")

21 U.S.C § 846

***Max Penalty:**   20 Years Imprisonment

**Count: # II**   Distribution of MDMA ("Ecstasy")

21 U.S.C. s. 841

***Max. Penalty:**   20 Years Imprisonment

**Count: # III**

***Max. Penalty:**

**Count: # IV**

***Max Penalty:**

**Count: # V**

**Max. Penalty.**

**Count: # VI**

**Max. Penalty:**

_____**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**02 - 20415**

**CR-MORENO**

**MAGISTRATE JUDGE GARBER**

**Defendant's Name:** Heriberto Torres-Claderon, a/k/a "Beto"

**Count: # I**     **Conspiracy to Distribute MDMA ("Ecstasy")**

**21 U.S.C § 846**

**\*Max Penalty:**   **20 Years Imprisonment**

**Count: # II**     Distribution of MDMA ("Ecstasy")

21 U.S.C. s. 841

**\*Max. Penalty:**   20 Years Imprisonment

**Count: # III**

**\*Max. Penalty:**

**Count: # IV**

**\*Max Penalty:**

**Count: # V**

**Max. Penalty.**

**Count: # VI**

**Max. Penalty:**

_____**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**REV. 12/12/96**

FORM DBD-34
JUN. 85

Federal Grand Jury
Indictment Number
0203-MCN-21

02-20415 CR-MORENO
MAGISTRATE JUDGE
GARBER

UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ District of _____ FLORIDA _____

_____ CRIMINAL _____ Division

THE UNITED STATES OF AMERICA

vs.

RICARDO AGUILERA-NERIA, a/k/a "Chukee"
and
HERIBERTO TORRES-CALDERON, a/k/a "Beto"

INDICTMENT

Title 21, U.S.C. Section 846
Title 21, U.S.C. Section 841

A true bill.

_____
Foreman

FGJ 02-03(MIA)

Filed in open court this _____ day of _____, A.D. 2002

_____
Clerk

Bail, $ _____